UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30202 |
| | Chapter 11 – Subchapter V |
| Chad D. Hove, | |
|     Debtor, Jointly Administered. | |
| _____/ | |
| Precisionomics, LLC, | Bankruptcy No. 24-30203 |
| | Chapter 11 – Subchapter V |
|     Debtor, Jointly Administered. | |
| _____/ | |

### ORDER GRANTING MOTION TO EXPEDITE HEARING

Before the Court is Debtor's Motion to Expedite Relief (Doc. 188, Doc. 52), seeking to be heard on its Motion for Substitution of Counsel filed November 9, 2025. (Doc. 187, Doc. 51). The Court finds that it is appropriate to conduct a hearing on an expedited basis. Therefore, IT IS ORDERED that Debtor's motion is GRANTED.  An expedited hearing on the Debtor's Motion for Substitution of Counsel will be heard on **Friday, November 14, 2025, at 10:00 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

IT IS ALSO ORDERED that Debtor's request to shorten notice period is granted. Written objections may be filed by **Thursday, November 13, 2025.** If the Court receives no objections, it may enter an order granting the relief requested and cancel the hearing.

Please be advised that all hearings are evidentiary unless, upon the court's initiative or the written request of a party, the court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

1

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: November 10, 2025.

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

*All times referred to in this Order are Central Standard Time
Copy served electronically on November 10, 2025, to Attorney Sara Diaz for service.