**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

IN RE: CHAD D. HOVE, DEBTOR
CHAPTER 11 BANKRUPTCY CASE NO. 24-30202
JOINTLY ADMINISTERED

IN RE: PRECISIONOMICS, LLC, DEBTOR
CHAPTER 11 BANKRUPTCY CASE NO. 24-30203
JOINTLY ADMINISTERED

## CERTIFICATE OF SERVICE

**Sara E. Diaz** hereby certifies that on Monday, November 10, 2025 she caused to be served the attached:

- MOTION FOR SUBSTITUTION OF ATTORNEY-
    - HOVE CASE – DOCKET #187
    - PRECISIONOMICS, LLC CASE – DOCKET #51
- ORDER GRANTING MOTION TO EXPEDITE HEARING
    - HOVE CASE – DOCKET #189
    - PRECISIONOMICS, LLC CASE – DOCKET #53

to be served electronically on all ECF Filing Participants, including:

US Trustee's Office: USTPRegion12.SX.ECF@usdoj.gov

John D. Schroeder on behalf of Creditor Unison Bank, Inc. jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net

Berly D. Nelson on behalf of Creditor Tronson Grain, LLC: bnelson@serklandlaw.com, rtande@serklandlaw.com; aneir@serklandlaw.com; amcdarby@serklandlaw.com; lhruby@serklandlaw.com

Sarah J. Wencil on behalf of U.S. Trustee: sarah.j.wencil@usdoj.gov

Katrina A. Turman Lang on behalf of Creditor CHS Capital LLC: klang@woldlaw.com, melanie@turmanlaw.com

Robert C Gainer, Subchapter 5 Trustee: trustee@cutlerfirm.com

Thomas Kapusta., Subchapter 5 Trustee: tkapusta@aol.com

Douglas Murch on behalf of Creditor Deere & Company: dmurch@conmylaw.com, rstallman@conmylaw.com; landerson@conmylaw.com

Dated: November 10, 2025                                              */s/ SARA E. DIAZ*
                                                                                            Bulie Diaz Law Office