**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

IN RE: CHAD D. HOVE, DEBTOR
CHAPTER 11 BANKRUPTCY CASE NO. 24-30202
JOINTLY ADMINISTERED

---

IN RE: PRECISIONOMICS, LLC, DEBTOR
CHAPTER 11 BANKRUPTCY CASE NO. 24-30203
JOINTLY ADMINISTERED

---

**NOTICE OF FINAL APPLICATION FOR COMPENSATION OF DEBTOR'S COUNSEL AND REIMBURSEMENT OF EXPENSES**

---

NOTICE IS HERBY GIVEN that Bulie Diaz Law Office, as counsel for the Debtor, has filed an interim application for allowance of compensation, a copy of which application is attached and served upon you.

NOTICE IS FURTHER GIVEN that written objections to said application, if any shall be filed with the Clerk of the US Bankruptcy Court, Quentin N. Burdick Courthouse, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within TWENTY-ONE (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Dated: November 12, 2025

BULIE DIAZ LAW OFFICE

By: /s/ SARA E. DIAZ
Sara E. Diaz #06069
Fargo Office: (701) 298-8748
sara@bulielaw.com

Mailing Address:
305 S. 4th Street Suite A
Grand Forks, ND 58201
ATTORNEYS FOR DEBTORS

*EXHIBIT A: ITEMIZED FEES AND EXPENSES*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

IN RE: CHAD D. HOVE, DEBTOR
CHAPTER 11 BANKRUPTCY CASE NO. 24-30202
JOINTLY ADMINISTERED

IN RE: PRECISIONOMICS, LLC, DEBTOR
CHAPTER 11 BANKRUPTCY CASE NO. 24-30203
JOINTLY ADMINISTERED

**FINAL APPLICATION FOR COMPENSATION OF DEBTOR'S
COUNSEL AND REIMBURSEMENT OF EXPENSES**

Bulie Diaz Law Office by Sara E. Diaz, as outgoing counsel for the Debtors, moves this Court pursuant to 11 U.S.C. § 330, for allowance of fees and reimbursement of expenses. The granting of the relief requested is appropriate for the following reasons:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157, and 1334. This application arises under 11 U.S.C. §§ 330 and 331. This application is filed pursuant to Fed. R. Bankr. P. 2016, 2017, 2002(a)(6) and Local Rule 2002-1 as to service. This is a core proceeding.

2. Debtors filed for Chapter 11 Bankruptcy protection on May 17, 2024, and each case is pending before this Court. The cases are jointly administered by Order of this Court on June 4, 2024. [Docket #52.] References to Debtor includes both Chad. D Hove and Precisionomics, LLC unless specifically stated otherwise.

3. Employment of Bulie Diaz Law Office as counsel for the Debtor in this case was authorized effective pursuant to the Court's Order entered June 11, 2024 [Docket #55].

4. The applicant has not shared or agreed to share with any other person, other than with members of the applicant's law firm, any compensation paid or to be paid in this case.

5. The Applicant previously applied for compensation in this case on November 27, 2024, which was awarded on December 23, 2024. The Court approved fees of $24,902.00 and

EXHIBIT A: ITEMIZED FEES AND EXPENSES

expenses of $4,172.55 and allowed application of retainer funds ($30,000) against the approved fees and expenses, leaving $925.45 on deposit in the trust account.

6. From and after November 26, 2024, Bulie Diaz Law Office provided services as counsel to the Debtor with respect to a variety of matters related to the Debtor's bankruptcy reorganization. The specific services provided, expenses incurred by Bulie Diaz Law Office, the identity of the attorney or assistant providing said services, the hourly rate of compensation of said attorney or assistant, and the time spent providing the services are detailed in Exhibit A, which is attached to this application.  On June 1, 2025, Bulie Diaz Law Office changed billing software, so Exhibit A is made up of two invoices. A summary of the invoices is included at the end of the Exhibit.

7. The Requested Fees and Expenses constitute reasonable compensation for actual, necessary services rendered by the Applicant and actual, necessary expenses incurred on behalf of the Debtor(s). The Debtors obtained Confirmation of their jointly administered Chapter 11 Plan of Reorganization and is operating its farm and trucking operations pursuant to this plan.

8. This is a final application as Bulie Diaz Law Office has a pending substitution of counsel by The Dakota Bankruptcy Firm before the Court.

9. Bulie Diaz Law Office has not received additional payments from the Debtors since the $30,000 retainer deposit. By this application, Bulie Diaz Law Office seeks authorization to apply the remaining retainer funds of $925.45 against the amounts owed, in addition to payment from the Debtors as an administrative expense pursuant to the Debtors' confirmed Chapter 11 plan.

10. In this Final Application, Bulie Diaz Law Office requests allowance of fees for professional services rendered during these cases from November 27, 2024 through November 12, 2025, in the amount of $9,508.00 and reimbursement of expenses is in the amount of $325.67 for a

EXHIBIT A: ITEMIZED FEES AND EXPENSES

total of $9,833.67. After application of the $925.45 remaining retainer on deposit, the remaining $8.908.22 remains due and payable from the Debtors.

WHEREFORE, the applicant requests the Court to enter an Order allowing a total of $9,833.67 in compensation and reimbursement of expenses to Bulie Diaz Law Office, authorizing applicant Bulie Diaz Law Office to apply the funds on deposit in its trust account to the amounts allowed and authorizing Debtors to pay Applicant the remaining outstanding balance of $8,908.22.

Respectfully submitted this November 12, 2025:

BULIE DIAZ LAW OFFICE

By: /s/ SARA E. DIAZ
Sara E. Diaz #06069
Fargo Office: (701) 298-8748
sara@bulielaw.com

Mailing Address:
305 S. 4th Street Suite A
Grand Forks, ND 58201
OUTGOING ATTORNEYS FOR DEBTOR

EXHIBIT A: ITEMIZED FEES AND EXPENSES



| | | | | |
|---|---|---|---|---|
| Invoice ID | 184 | | Invoice For | Hove, Chad/Precisionomics, LLC |
| Issue Date | 08/06/2025 | | | |
| Due Date | 08/06/2025 (upon receipt) | | | |
| Subject | Harvest Close-out Invoice -November 26, 2024 through June 3, 2024 | | | |

**From**
Bulie Diaz Law Office
3523 45th St. S. Suite 102
Fargo, ND 58104
(701)-298-8748

305 S. 4th Street Suite A
Grand Forks, ND 58201
(701) 795-5062

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Professional Services | Chapter 11 Sub5-ND - 11/27/2024 - Drafting of Documents / Sara Diaz: Drafting of Interim compensation application | 1.00 | $300.00 | **$300.00** |
| Professional Services | Chapter 11 Sub5-ND - 12/12/2024 - Drafting of Documents / Sara Diaz: MOR drafting, November and October 2024; both cases, emails to client for review and signature | 2.50 | $300.00 | **$750.00** |
| Professional Services | Chapter 11 Sub5-ND - 12/23/2024 - Drafting of Documents / Sara Diaz: Finalize MORs for Oct and Nov 24 | 0.59 | $300.00 | **$177.00** |
| Professional Services | Chapter 11 Sub5-ND - 12/23/2024 - Correspondence, Email / Sara Diaz: Call with J.Schroeder regarding IRA/FSA payment | 0.10 | $300.00 | **$30.00** |
| Professional Services | Chapter 11 Sub5-ND - 01/24/2025 - Consultation / Sara Diaz: Call with Chad regarding plan options | 0.67 | $300.00 | **$201.00** |
| Professional Services | Chapter 11 Sub5-ND - 01/24/2025 - Consultation / Sara Diaz: Call with J.Schroeder regarding plan/restructuring options | 0.20 | $300.00 | **$60.00** |
| Professional Services | Chapter 11 Sub5-ND - 02/05/2025 - Drafting of Documents / Sara Diaz: Continued drafting & calculation of 2nd Amended Plan; Plan overview with detail emailed to client for review, | 2.98 | $300.00 | **$894.00** |
| Professional Services | Chapter 11 Sub5-ND - 02/06/2025 - Consultation / Sara Diaz: Call with Chad; review plan numbers | 1.46 | $300.00 | **$438.00** |
| Professional Services | Chapter 11 Sub5-ND - 02/06/2025 - Correspondence, Email / Sara Diaz: Email to C. Stanley regarding CHS payments | 0.10 | $300.00 | **$30.00** |
| Professional Services | Chapter 11 Sub5-ND - 02/06/2025 - Drafting of Documents / Sara Diaz: Drafting of amended Chapter 11 plan & exhibits; send to client for review. Email with B. Nelson regarding Tronson Grain claim. | 2.61 | $300.00 | **$783.00** |
| Professional Services | Chapter 11 Sub5-ND - 02/10/2025 - Drafting of Documents / Sara Diaz: Preparation of Ballots and Notice of Time to Accept/Reject via Ballot and Object to Plan | 0.70 | $300.00 | **$210.00** |

*EXHIBIT A: ITEMIZED FEES AND EXPENSES*

| | | | | |
|---|---|---|---|---|
| Professional Services | Chapter 11 Sub5-ND - 02/10/2025 - Administrative Assistant Work: Data Entry, Postage, Service, Calendaring / Sara Diaz: Preparation of Ballots, Notices, Plan and Scheduling Order; send to service, Emails to attorneys and claim holders with copies, prepare COService and e-file with Court | 2.00 | $100.00 | **$200.00** |
| Professional Services | Chapter 11 Sub5-ND - 02/19/2025 - Drafting of Documents / Sara Diaz: December/January operating report drafting; send to client | 1.25 | $300.00 | **$375.00** |
| Professional Services | Chapter 11 Sub5-ND - 02/24/2025 - Correspondence, Email / Sara Diaz: Follow up on operating reports | 0.10 | $300.00 | **$30.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/03/2025 - Drafting of Documents / Sara Diaz: Drafted LLC MOR 12.2024, email to client | 0.30 | $300.00 | **$90.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/03/2025 - Drafting of Documents / Sara Diaz: Draft Personal MOR 1.2025, email to client | 0.60 | $300.00 | **$180.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/03/2025 - Drafting of Documents / Sara Diaz: Draft Personal 2.2025 MOR | 0.33 | $300.00 | **$99.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/03/2025 - Drafting of Documents / Sara Diaz: Draft 1.2025 LLC MOR | 1.14 | $300.00 | **$342.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/04/2025 - Administrative Assistant Work: Data Entry, Postage, Service, Calendaring / Sara Diaz: MOR preparation for filing; filing with Court | 0.50 | $100.00 | **$50.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/04/2025 - Review of Documents, Responses and Objections / Sara Diaz: Review of proposal from Unison, email client with additional detail. | 0.30 | $300.00 | **$90.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/07/2025 - Correspondence, Email / Sara Diaz: Emails with client and J. Schroeder regarding Addendum status; file with Court | 0.20 | $300.00 | **$60.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/08/2025 - Correspondence, Email / Sara Diaz: Email to Gainer with Ballots received to date. | 0.10 | $300.00 | **$30.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/10/2025 - Drafting of Documents / Sara Diaz: Drafting of Ballot Tabulation Summary; research confirmation matters | 0.70 | $300.00 | **$210.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/11/2025 - Drafting of Documents / Sara Diaz: Ballot Tabulation and summary drafting; e-file with Court | 0.53 | $300.00 | **$159.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/11/2025 - Review of Documents, Responses and Objections / Sara Diaz: Review of UST Briefing related to Ballots and voting; non-consensual plan issue. Email to FCCU contact regarding non-filing of ballot and requested accepting ballot | 0.20 | $300.00 | **$60.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/17/2025 - Review of Documents, Responses and Objections / Sara Diaz: Review of Trustee Kapusta fee application; research applicability and trustee duties | 0.50 | $300.00 | **$150.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/18/2025 - Correspondence, Email / Sara Diaz: Email follow up to Caren Stanley about CHS offset | 0.10 | $300.00 | **$30.00** |
| Professional Services | Chapter 11 Sub5-ND - 03/21/2025 - Correspondence, Email / Sara Diaz: Emails with UST office regarding December MOR | 0.20 | $300.00 | **$60.00** |

*EXHIBIT A: ITEMIZED FEES AND EXPENSES*

| | | | | |
|---|---|---|---|---|
| Professional Services | Chapter 11 Sub5-ND - 04/09/2025 - Consultation / Sara Diaz: Call with Chad regarding payments, claims, refinance attempts, operating and status of plan | 0.70 | $300.00 | **$210.00** |
| Professional Services | Chapter 11 Sub5-ND - 06/03/2025 - Correspondence, Email / Sara Diaz: Call with G. Tschider regarding FCCU | 0.20 | $300.00 | **$60.00** |
| Professional Services | Chapter 11 Sub5-ND - 06/03/2025 - Correspondence, Email / Sara Diaz: Messages with Chad regarding payments, FCCU, status of financing | 0.20 | $300.00 | **$60.00** |
| Professional Services | Chapter 11 Sub5-ND - 06/03/2025 - Correspondence, Email / Sara Diaz: Draft 408 Settlement discussion email to C.Stanley regarding CHS. | 0.30 | $300.00 | **$90.00** |
| Expenses | Chapter 11 Sub5-ND - 11/27/2024 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 1st Interim Fee application:<br>Printing - $17.34<br>Postage - $11.73 | 1.00 | $29.07 | **$29.07** |
| Expenses | Chapter 11 Sub5-ND - 01/28/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Order Continuing Confirmation<br>Printing: $9.01<br>Postage: $36.57 | 1.00 | $45.58 | **$45.58** |
| Expenses | Chapter 11 Sub5-ND - 02/10/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 2nd Amended Plan, Ballot, Notice of Deadlines & Scheduling Order: Class 7<br>Printing: $19.38<br>Postage: $5.82 | 1.00 | $25.20 | **$25.20** |
| Expenses | Chapter 11 Sub5-ND - 02/10/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 2nd Amended Plan, Ballot, Notice of Deadlines & Scheduling Order: Non-Voting Parties<br>Printing: $29.07<br>Postage: $8.73 | 1.00 | $37.80 | **$37.80** |
| Expenses | Chapter 11 Sub5-ND - 02/10/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 2nd Amended Plan, Ballot, Notice of Deadlines & Scheduling Order: Class One<br>Printing: $3.50<br>Postage: $1.25 | 1.00 | $4.75 | **$4.75** |
| Expenses | Chapter 11 Sub5-ND - 02/10/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 2nd Amended Plan, Ballot, Notice of Deadlines & Scheduling Order: Class Three<br>Printing: $3.50<br>Postage: $.97 | 1.00 | $4.47 | **$4.47** |
| Expenses | Chapter 11 Sub5-ND - 02/10/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 2nd Amended Plan, Ballot, Notice of Deadlines & Scheduling Order: Class Two<br>Printing: $3.50<br>Postage: $.97 | 1.00 | $4.47 | **$4.47** |
| Expenses | Chapter 11 Sub5-ND - 02/10/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 2nd Amended Plan, Ballot, Notice of Deadlines & Scheduling Order: Class Four<br>Printing: $3.50<br>Postage: $.97 | 1.00 | $4.47 | **$4.47** |

| | | | | |
|---|---|---|---|---|
| Expenses | Chapter 11 Sub5-ND - 02/10/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 2nd Amended Plan, Ballot, Notice of Deadlines & Scheduling Order: Class Five<br>Printing: $3.50<br>Postage: $.97 | 1.00 | $4.47 | **$4.47** |
| Expenses | Chapter 11 Sub5-ND - 02/10/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of 2nd Amended Plan, Ballot, Notice of Deadlines & Scheduling Order: Class Six<br>Printing: $3.50<br>Postage: $.97 | 1.00 | $4.47 | **$4.47** |
| Expenses | Chapter 11 Sub5-ND - 03/13/2025 - 3) Postage, Copies, Service Expenses / Sara Diaz: Service of Order Confirming Chapter 11 Plan<br>Postage: $13.80<br>Printing: $7.60 | 1.00 | $21.40 | **$21.40** |

|   |   |
|---|---|
| Subtotal | **$6,694.15** |
| Retainer Payments | -$925.45 |
| **Amount Due** | **$5,768.70** |

*EXHIBIT A: ITEMIZED FEES AND EXPENSES*

# Bulie Diaz Law Office

305 S. 4th Street Suite A
Grand Forks, ND 58201
(701) 298-8748
www.buliediazlawoffice.com

November 12, 2025

Hove, Chad
8750 36th St. SE
PO Box 43
Jamestown, ND 58401

**Invoice Number: 1008**
Invoice Period: 06-09-2025 - 11-12-2025

Payment Terms: Upon Receipt

RE: Hove/Precisionomics ND 24-30202/24-30203

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-09-2025 | Sara Diaz | Emails with Chad regarding 2025 Operating and immediate needs | 0.20 | 300.00 | 60.00 |
| 06-11-2025 | Sara Diaz | Draft Motion for Secured Credit for 2025 Operating. | 1.40 | 300.00 | 420.00 |
| 06-13-2025 | Sara Diaz | Finalize drafting of 2025 Motion for Secured Credit (farm operating) - emails to ARM and client for review, comment and signature | 1.20 | 300.00 | 360.00 |
| 06-17-2025 | Sara Diaz | Finalize Motion for Secured Credit and e-file with Court (expedited), review rules for service requirements | 0.60 | 300.00 | 180.00 |
| 06-20-2025 | Sara Diaz | Emails with client regarding hearing & interim order. Quesitons on upcoming payments and treatment. | 0.30 | 300.00 | 90.00 |
| 06-20-2025 | Sara Diaz | Review of Interim Order with counsel for Agrifund, emails regarding perfection and automatic stay relief. | 0.40 | 300.00 | 120.00 |
| 07-02-2025 | Sara Diaz | Payment Schedule/Spreadsheet, claims review for client; provide to client in email. | 2.70 | 300.00 | 810.00 |
| 08-06-2025 | Sara Diaz | Prepare email to client requesting updates on payments. Update payment schedule; review emails from creditors requesting updates. | 0.20 | 300.00 | 60.00 |
| 08-06-2025 | Sara Diaz | Final Compensation motion prep (calcs) | 0.30 | 300.00 | 90.00 |
| 09-09-2025 | Sara Diaz | Review file and messages from client, draft | 0.50 | 300.00 | 150.00 |

We appreciate your business                                   Page 1 of 2

**EXHIBIT A: ITEMIZED FEES AND EXPENSES**

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | response to Motion to Turnover (Gainer). | | | |
| 09-12-2025 | Sara Diaz | Review ARM Disbursement Statement; Draft Supplemental Exhibit pleading | 0.20 | 300.00 | 60.00 |
| 10-01-2025 | Sara Diaz | Call with Berly Nelson regarding status of 2023 Crop. | 0.20 | 300.00 | 60.00 |
| 10-03-2025 | Sara Diaz | Messages with Chad regarding Trustee motion, 2023 crop. | 0.20 | 300.00 | 60.00 |
| 10-28-2025 | Sara Diaz | Call with Hove regarding plan payments, 2023 crop | 0.70 | 300.00 | 210.00 |
| 10-28-2025 | Sara Diaz | Review claims, email to client regarding ND, WSI and IRS; | 0.30 | 300.00 | 90.00 |
| 11-10-2025 | Sara Diaz | Draft fee application | 0.60 | 300.00 | 180.00 |
| | | | | Total | 3,000.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Sara Diaz | 10.00 | 3,000.00 |
| Total | | 3,000.00 |

## Expenses

| Expense | Description | Amount |
|---|---|---|
| None | Postage - Service of 2025 Motion for Secured Credit | 33.44 |
| None | Copies/Printing - Service of 2025 Motion for Secured Credit -16 Parties | 73.44 |
| None | Service of Final Fee Application<br>Printing: $19.38<br>Postage: $13.26 | 32.64 |
| | Total Expenses | 139.52 |

**FEE SUMMARY**

Invoice 184 (Harvest Software)
Fees:  $6,508.00
Expenses:  $186.15
Total Billed Invoice 184:  $6,694.15

TimeSolv Invoice
Fees:  $3,000.00
Expenses:  $139.52
TS Invoice Balance Due:  $3,139.52

Total Fees:  $9,508.00
Total Expenses:  $325.67

Total Amount Due:  $9,833.67
Less: Funds on Deposit  $925.45

Total amount requested in Chapter 11 Plan:  $8,908.22

| | |
|---|---|
| Total for this Invoice | 3,139.52 |
| Current Account Balance | 3,139.52 |
| Trust Balance | 0.00 |
| **Total Amount to Pay as of 11-11-2025** | **3,139.52** |

*EXHIBIT A: ITEMIZED FEES AND EXPENSES*