UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30202, 24-30203 |
|---|---|
| Chad D. Hove<br>Precisionomics, LLC | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 11/12/2025, I did cause a copy of the following documents, described below,

Notice of Application and Final Application for Compensation & Reimbursement of Expenses with Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/12/2025

/s/ Sara E. Diaz
Sara E. Diaz  0394832
Attorney for Debtor
Bulie Diaz Law Office
305 S. 5th Street Suite A
Grand Forks, ND 58201
701-738-1029
sara@bulielaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Chad D. Hove
Precisionomics, LLC

CASE NO: 24-30202, 24-30203

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 11/12/2025, a copy of the following documents, described below,

Notice of Application and Final Application for Compensation & Reimbursement of Expenses with Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/12/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sara E. Diaz
Bulie Diaz Law Office
305 S. 5th Street Suite A
Grand Forks, ND  58201

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
NORTHLAND CAPITAL FINANCIAL SERVICES LLC    CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS    CHAD D. HOVE
333 33RD AVE S                               WILLIAM M VERMETTE                           8750 36TH ST. NE
PO BOX 7278                                  22001 LOUDOUN COUNTY PKWY                    PO BOX 43
ST CLOUD, MN 56301-7278                      ASHBURN, VA 20147-6122                       JAMESTOWN, ND 58402-0043


WESTERN EQUIPMENT FINANCE, INC.              CHANNEL                                      INTERNAL REVENUE SERVICE
503 HIGHWAY 2 W                              PO BOX 204092                                CENTRALIZED INSOLVENCY OPERATION
DEVILS LAKE, ND 58301-0640                   DALLAS, TX 75320-4092                        P O BOX 7346
                                                                                          PHILADELPHIA, PA 19101-7346


NORTH DAKOTA WSI                             BANK OF AMERICA N.A.                         FIRST COMMUNITY CREDIT UNION
1600 E CENTURY AVENUE STE 1                  PO BOX 45144                                 111 9TH STREET SW
BISMARCK, ND 58503-0649                      JACKSONVILLE, FL 32232-5144                  PO BOX 2075
                                                                                          JAMESTOWN, ND 58402-2075


ND OFFICE OF STATE TAX COMMISSIONER          AMERICAN EXPRESS                             AMERICAN EXPRESS NATIONAL BANK
600 E BOULEVARD AVE DEPT 127                 PO BOX 570622                                C/O BECKET AND LEE LLP
BISMARCK, ND 58505-0602                      ATLANTA, GA 30357-3110                       PO BOX 3001
                                                                                          MALVERN, PA 19355-0701


(P)JOB SERVICE ND                            NORTHLAND CAPITAL FINANCIAL SERVICES LLC     WORKFORCE SAFETY & INSURANCE
PO BOX 5507                                  333 33RD AVE S                               1600 E CENTURY AVE STE 1
BISMARCK ND 58506-5507                       ST CLOUD, MN 56301-5495                      BISMARCK, ND 58503-0649


                                                                                          CASE INFO

UNITED STATES ATTORNEY                       BARCLAYS BANK                                 LABEL MATRIX FOR LOCAL NOTICING
655 1ST AVE N STE 250                        PO BOX 8803                                  0868-3
FARGO, ND 58102-4932                         WILMINGTON, DE 19899-8803                    CASE 24-30202
                                                                                          DISTRICT OF NORTH DAKOTA
                                                                                          FARGO
                                                                                          MON NOV 10 20:29:46 CST 2025
```