**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

IN RE: CHAD D. HOVE, DEBTOR
CHAPTER 11 BANKRUPTCY CASE NO. 24-30202
JOINTLY ADMINISTERED

IN RE: PRECISIONOMICS, LLC, DEBTOR
CHAPTER 11 BANKRUPTCY CASE NO. 24-30203
JOINTLY ADMINISTERED

**CERTIFICATE OF SERVICE**

**Tianna Boaz** hereby certifies that on November 11, 2025 she caused to be served:
- MOTION FOR SUBSTITUTION OF ATTORNEY-
    - HOVE CASE – DOCKET #187
- ORDER GRANTING MOTION TO EXPEDITE HEARING
    - HOVE CASE – DOCKET #189

Upon the following:

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

By placing a true and correct copy thereof in an envelope and depositing the same, with postage prepaid, in the United States Mail at Grand Forks, North Dakota.

Dated: November 11, 2025
/s TIANNA BOAZ
Administrative Assistant
Bulie Diaz Law Office