United States Bankruptcy Court

District of North Dakota

In re:  Case No. 24-30202-skh
Chad D. Hove  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 2
Date Rcvd: Nov 14, 2025      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad D. Hove, 8750 36th St. NE, PO Box 43, Jamestown, ND 58402-0043 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Berly D. Nelson | on behalf of Creditor Tronson Grain  LLC bnelson@serklandlaw.com, rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com |
| Douglas Murch | on behalf of Creditor Deere & Company dmurch@conmylaw.com  rstallman@conmylaw.com;landerson@conmylaw.com |
| John D. Schroeder | on behalf of Creditor Unison Bank  Inc. john@dakotalawgroup.com, karensyrstad@northdakotalaw.net |
| Katrina A. Turman Lang | on behalf of Creditor CHS Capital LLC klang@woldlaw.com  melanie@turmanlaw.com |
| Maurice VerStandig | on behalf of Debtor Chad D. Hove mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Maurice VerStandig
    on behalf of Debtor Precisionomics  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert C Gainer
    trustee@cutlerfirm.com

Sara Diaz
    on behalf of Debtor Chad D. Hove sara@bulielaw.com ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sara Diaz
    on behalf of Debtor Precisionomics  LLC sara@bulielaw.com, ken@bulielaw.com;alan@bulielaw.com;traci@bulielaw.com;2787@notices.nextchapterbk.com;fargo@bulielaw.com

Sarah J. Wencil
    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

United States Trustee
    USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 24-30202 |
| | Chapter 11 – Subchapter V |
| Chad D. Hove, | |
|     Debtor, Jointly Administered. | |
| _____/ | |
| Precisionomics, LLC, | Bankruptcy No. 24-30203 |
| | Chapter 11 – Subchapter V |
|     Debtor, Jointly Administered. | |
| _____/ | |

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL**

On November 10, 2025, Debtors Chad D. Hove and Precisionomics, LLC, filed a Motion for Substitution of Counsel. Doc. 188. The Court received no objections in the time allowed. Upon review of the motion, the Court finds cause for granting it. Therefore, IT IS ORDERED that the motion is GRANTED. The Clerk may substitute Attorney Maurice B. VerStandig of the Dakota Bankruptcy Firm in place of Attorney Sara Diaz as the attorney of record for Debtors.

Dated: November 14, 2025.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT