**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:  Bky. Case No. 24-30202
         Chapter 11
Chad D. Hove,

        Debtor.
_____/

**ORDER**

On January 10, 2026, Attorney Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm, filed a Motion to Withdraw as Attorney for Debtor [Doc 197], showing cause for the relief sought. The Court received no objections to the motion.

**IT IS ORDERED** the Motion to Withdraw as Attorney for Debtor is **GRANTED**. Maurice VerStandig and The VerStandig Law Firm, LLC d/b/a The Dakota Bankruptcy Firm, is allowed to withdraw from further representation of Debtor in this case effective immediately.

Dated this 28th day of January, 2026.

                                            /s/Shon Hastings
                                            Shon Hastings
                                            United States Bankruptcy Judge